RECEIVED
FEB - 4 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLARENCE DABNEY, <br> Plaintiff | CIVIL ACTION NO. 1:13-CV-03305 <br> SECTION "P" |
| VERSUS | CHIEF JUDGE DRELL |
| ROBERT CLEVELAND, et al., <br> Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' motion to dismiss (Doc. 69) is GRANTED and Dabney's complaint against Joseph Clark and Kyle McNeil is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. Rule 4(m).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ____4th____ day of February, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE